IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY F. LEIJA
ADC #656449                                                                                           PLAINTIFF

V.                            CASE NO. 3:14-CV-180 DPM/BD

LARRY MILLS, et al.                                                                              DEFENDANTS

## ORDER

Corey Leija, an inmate at the Poinsett County Jail, filed this lawsuit pro se alleging that Defendants have acted with deliberate indifference to his medical needs. (Docket entry #2)  For screening purposes, Mr. Leija has stated a constitutional claim against Defendants Mills and Hitt.  Accordingly, service is proper for those Defendants.  Service is not proper for the Poinsett County Jail.

The Clerk of Court is directed to prepare summonses for Defendants Larry Mills and Becky Hitt.  The United States Marshal is directed to serve copies of the complaint, along with any attachments, and a summons for each of these Defendants, without requiring prepayment of fees and costs or the posting of security.  Service for the Defendants should be through the Poinsett County Sheriff's Department, 1500 Justice Lane, Harrisburg, Arkansas 72432.

IT IS SO ORDERED this 28th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE