IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY F. LEIJA,
ADC # 656449                                                    PLAINTIFF

v.                          No. 3:14-cv-180-DPM-BD

LARRY MILLS, Chief of Police,
Poinsett County Jail; BECKY HITT,
Administrator, Poinsett County Jail;
and POINSETT COUNTY JAIL                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Leija's claims against the Poinsett County Jail are dismissed with prejudice for failure to state a claim.

So Ordered.

D.P. Marshall Jr.
United States District Judge

19 August 2014