IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY F. LEIJA,
ADC # 656449                                                        PLAINTIFF

v.                      No. 3:14-cv-180-DPM-BD

LARRY MILLS, Chief of Police,
Poinsett County Jail and BECKY HITT,
Administrator, Poinsett County Jail                    DEFENDANTS

ORDER

Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 16, is granted.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 May 2015