IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COREY F. LEIJA,
ADC # 656449                                                  PLAINTIFF

v.                       No. 3:14-cv-180-DPM

LARRY MILLS, Chief of Police,
Poinsett County Jail; BECKY HITT,
Administrator, Poinsett County Jail;
and POINSETT COUNTY JAIL                      DEFENDANTS

## JUDGMENT

Leija's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 May 2015